Patrick Howard (NJ Atty ID #02280-2001)
**SALTZ MONGELUZZI & BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, New Jersey 08053
T: (215) 575-3895
phoward@smbb.com

Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
cmiller@straussborrelli.com

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PATRICK BYRD**, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**TRUE WORLD HOLDINGS, LLC,**<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-10927-JKS-JSA |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1

To:   Clerk of the Court
      United States District Court
      District of New Jersey
      50 Walnut Street, Room 4015
      Newark, New Jersey 07102

All Counsel of Record

**PLEASE TAKE NOTICE** that, on DATE, or as soon thereafter as the Court may hear, Plaintiff Patrick Byrd will move the Court to enter an Order: (i) granting preliminary approval of the Settlement; (ii) preliminarily certifying the Settlement Class for settlement purposes; (iii) appointing Patrick Byrd as Class Representative; (iv) appointing Cassandra P. Miller of Strauss Borrelli PLLC as Class Counsel; (v) appointing Simpluris as Settlement Administrator; (vi) approving the proposed Notice Plan; (vii) approving the form and content of the Email Notice (Ex. A), Short Form Notice (Ex. B), Long Form Notice (Ex. C), and Claim Form (Ex. D); (viii) approving the proposed Opt-Out and Objections procedures; and (ix) scheduling a Final Approval Hearing.

**PLEASE TAKE NOTICE** that Plaintiff relies on the foregoing Memorandum in Support, the Declaration of Cassandra P. Miller, and the exhibits filed concurrently with this Motion.

Plaintiff does not request oral argument.

A Proposed Order Granting Preliminary Approval is attached.

DATE: September 4, 2025

           Respectfully submitted,

           By: /s/ *Patrick Howard*
           Patrick Howard (NJ Atty ID #02280-2001)
           **SALTZ MONGELUZZI**
            **& BENDESKY, P.C.**
           8000 Sagemore Drive, Suite 8303
           Marlton, New Jersey 08053
           T: (215) 575-3895
           phoward@smbb.com

           Cassandra P. Miller (*pro hac vice*)
           **STRAUSS BORRELLI PLLC**
           980 N. Michigan Avenue, Suite 1610
           Chicago, Illinois 60611
           T: (872) 263-1100
           cmiller@straussborrelli.com

           *Attorneys for Plaintiff and Proposed Class*